# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RONALD D. CHOATE, SR. & WENDY A. CHOATE    Case Number: 08-72192
5613 N. WOODLAND    SSN-xxx-xx-7954 & xxx-xx-6286
MCHENRY, IL  60051

Case filed on: 7/11/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $862.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RONALD D. CHOATE, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 19,624.04 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 7,139.16 | 6,000.00 | 75.70 | 141.29 |
| 003 | MCHENRY SAVINGS BANK | 15,320.11 | 15,320.11 | 282.25 | 296.39 |
|  | Total Secured | 42,083.31 | 21,320.11 | 357.95 | 437.68 |
| 002 | HEIGHTS FINANCE | 0.00 | 1,139.16 | 0.00 | 0.00 |
| 004 | A TO Z CREDIT | 2,805.20 | 2,805.20 | 0.00 | 0.00 |
| 005 | A TO Z CREDIT | 1,468.87 | 1,468.87 | 0.00 | 0.00 |
| 006 | AMERICASH LOANS LLC | 2,554.74 | 2,554.74 | 0.00 | 0.00 |
| 007 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 698.88 | 698.88 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | TARGET NATIONAL BANK | 277.45 | 277.45 | 0.00 | 0.00 |
| 011 | US BANK NA | 11,218.51 | 11,218.51 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 480.00 | 480.00 | 0.00 | 0.00 |
| 013 | US BANK/RETAIL PAYMENT SOLUTIONS | 395.40 | 395.40 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 722.57 | 722.57 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,741.17 | 1,741.17 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 1,133.47 | 1,133.47 | 0.00 | 0.00 |
| 018 | VATIV RECOVERY SOLUTIONS LLC | 687.23 | 687.23 | 0.00 | 0.00 |
|  | Total Unsecured | 24,183.49 | 25,322.65 | 0.00 | 0.00 |
|  | Grand Total: | 66,266.80 | 46,642.76 | 357.95 | 437.68 |

Total Paid Claimant:     $795.63
Trustee Allowance:       $66.37
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008     By  /s/Heather M. Fagan